UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Barry Breaux., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-3038 |
| State Farm Mutual Automobile Insurance Company, | § § § § | |
| Defendant. | § § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

3. By December 30, 2016, the parties may move for reinstatement.

Signed on November 30, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge