| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2017
David J. Bradley, Clerk

Barry Breaux, §
§
    Plaintiff, §
§
versus § Civil Action H-16-3038
§
State Farm Mutual Automobile §
Insurance Company, §
§
    Defendant. §

## Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice.

Signed on January 3, 2017, at Houston, Texas.

                                                    Lynn N. Hughes
                                        United States District Judge